IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DOM WADHWA, M.D., et al. : CIVIL ACTION
:
   v. :
:
R. JAMES NICHOLSON, et al. : NO. 07-3301

ORDER

AND NOW, this 29th day of March, 2010, upon consideration of the defendants' motions to dismiss, or in the alternative, for summary judgment (Docket Nos. 110, 111, 112, 113, 114, 115, 116), the plaintiffs' opposition thereto, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendants' motions are GRANTED. The plaintiffs' complaint is dismissed with prejudice. This case is closed.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.